**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO GAMEZ ESCARREGA,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No.: 2:26-cv-02558-APG-EJY<br>**Order Granting First Amended Petition,**<br>[ECF No. 6] |

Petitioner Antonio Gamez Escarrega is a noncitizen who has been held in custody by Immigration and Customs Enforcement (ICE) since June 2026 without receiving an initial custody determination. ECF No. 6 at 2. He also asserts that he was denied a bond hearing or a bond because the IJ erroneously determined he is subject to mandatory detention. *Id.* at 13. He filed a petition for a writ of habeas corpus seeking his release. *Id.* at 15. The respondents filed a "Non-Opposition to Petitioner's First Amended Petition" and stating that they "do not oppose that Petitioner be afforded a bond redetermination hearing." ECF No. 10 at 1. The respondents did not otherwise respond to the petition, including Escarrega's request for release. I therefore grant the petition as unopposed and order his release.

I THEREFORE ORDER respondent John Mattos to release petitioner Antonio Gamez Escarrega from the custody of the Nevada Southern Detention Center on Thursday, September 17, 2026 no later than 1:00 p.m. The respondents must transport Escarrega to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise Escarrega's counsel of the estimated time of release for coordination purposes at least one hour before he is released.

/ / / /

I FURTHER ORDER that the respondents return all of Escarrega's personal property to him upon his release.

I FURTHER ORDER that the respondents may not re-detain Escarrega during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate, pursuant to 8 C.F.R. § 236.1(d)(1).

I FURTHER ORDER that respondents are PERMANTENTLY ENJOINED from denying Escarrega the ability to be released on bond on the basis that he is subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

I FURTHER ORDER the clerk of court to close this case.

DATED this 16th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE